PROB 35 (ED/CA)

**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

### FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **Docket No:   0972 1:04CR05269-001** |
| | ) | |
| MOHAMED TAHER AHMED | ) | |
| | ) | |

On June 4, 2009, the above-named was placed on Supervised Release for a period of 60 months.

The supervisee has complied with the rules and regulations of Supervised Release and is no longer in need of supervision.  It is accordingly recommended that the supervisee be discharged from supervision.

Respectfully submitted,

/s/ Julie A. Fowler

**JULIE A. FOWLER**
**United States Probation Officer**

Dated:   October 18, 2013
            Roseville, California
            JAF:aph


            /s/ Michael A. Sipe
**REVIEWED BY:**   **MICHAEL A. SIPE**
            **Supervising United States Probation Officer**

1

Rev. 05/2013
EARLY TERMINATION ~   ORDER (PROB35).DOTX

PROB 35 (ED/CA)

**Re:    Ahmed, Mohamed Taher**
       Docket No:    0972 1:04CR05269-001
       <u>Report and Order Terminating Supervised Release</u>
       <u>Prior to Original Expiration Date</u>

---

# ORDER OF COURT

Pursuant to the above report, it is ordered that Mohamed Taher Ahmed be discharged from Supervised Release, and that the proceedings in the case be terminated.

Attachment:    Recommendation

cc:    First AUSA – Phillip Talbert

IT IS SO ORDERED.

Dated:    **October 21, 2013**           /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE

2